# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -- )
)
Vertex Construction & Engineering ) ASBCA No. 59645
)
Under Contract No. H92236-13-P-4956 )

APPEARANCE FOR THE APPELLANT: Mr. Hedayatullah Zaheb
CEO/President

APPEARANCES FOR THE GOVERNMENT: Lt Col James H. Kennedy III, USAF
Air Force Chief Trial Attorney
Erika L. Whelan Retta, Esq.
Trial Attorney

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 9 April 2015

MARK N. STEMPLER
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 59645, Appeal of Vertex Construction & Engineering, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals